Talin V. Yacoubian (State Bar No. 169439)
Stewart J. Powell (State Bar No. 175226)
YACOUBIAN & POWELL LLP
725 South Figueroa St. Suite 3800
Los Angeles, California 90017
Telephone: (213) 955-7145
Facsimile:  (213) 955-7146

Attorneys for Plaintiff Dreamroom Productions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAMROOM PRODUCTIONS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>FC2 INC., a Nevada Corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV-13-01834-JFW (JEMx)<br><br>**PLAINTIFF DREAMROOM PRODUCTIONS, INC.'S NOTICE OF MOTION TO MODIFY AMENDED SCHEDULING ORDER AND FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT (No. 1)**<br><br>**Hearing Date:  May 12, 2014**<br>**Time:  1:30 p.m.**<br>**Courtroom:  16**<br><br>Current Motion Hearing Deadline:  N/A<br>Requested Motion Hearing Deadline: May 5, 2014<br><br>Pre-Trial Conference:  May 9, 2014<br>Jury Trial:  May 20, 2014<br><br>*[Filed Concurrently Herewith: Memorandum of Points and Authorities; Declaration of Talin V. Yacoubian; [Proposed] Order.]*<br><br>*[Lodged Concurrently Herewith:  [Proposed] Supplemental Complaint (No. 1)]* |

1

**PLAINTIFF DREAMROOM PRODUCTIONS, INC. NOTICE OF MOTION TO MODIFY AMENDED SCHEDULING ORDER AND FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT (NO. 1)**

TO THE HONORABLE JOHN F. WALTER, DEFENDANT FC2, INC., AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 5, 2014 at 1:30 p.m. in Courtroom 16 of the above-entitled court located at 312 N. Spring Street, Los Angeles, California, Plaintiff Dreamroom Productions, Inc. ("Dreamroom") will and hereby does move this Court to modify its Amended Scheduling Order for the sole purpose of granting Dreamroom leave to file its Supplemental Complaint (No. 1).

Good cause exists for granting the relief Dreamroom seeks. On December 20, 2013, the parties engaged in what appeared to be successful mediation. In good faith, the parties entered a tentative settlement which required the parties to work together to finalize a complete settlement after the year-end holidays. The parties notified the Court of this tentative settlement, and on December 23, 2013 the Court issued an Order dismissing this action accordingly ("Order of Dismissal"). The Order of Dismissal vacated all case dates and deadlines.

Subsequent to the Order of Dismissal, Dreamroom discovered hundreds of additional instances of FC2's infringement of Dreamroom's works on FC2's website. Dreamroom's Motion seeks to add these recent acts of infringement into this litigation.

On April 3, 2014, the Court granted Dreamroom's *Ex Parte* Application to reopen this case, and issued its Amended Scheduling Order. At that time, the deadline to amend pleadings had passed, and the Amended Scheduling Order does not include any revised motion hearing deadline. Therefore, Dreamroom requests that the Court modify its Amended Scheduling Order and allow Dreamroom leave to file Supplemental Complaint (No. 1) to incorporate these additional infringements into this same litigation.

This Motion is made pursuant to Federal Rule of Civil Procedure 16, Federal Rule of Civil Procedure 15(d), Local Rule 16-14, and Section 5(a) of this Court's

**PLAINTIFF DREAMROOM PRODUCTIONS, INC. NOTICE OF MOTION TO MODIFY AMENDED SCHEDULING ORDER AND FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT (NO. 1)**

Standing Order, and is based on the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Talin V. Yacoubian and exhibits thereto, the Court's records and files, all matters of which the Court may take judicial notice, and any oral argument the Court may request at the time of the hearing on this Motion.

On April 4, 7, and 10, 2014, pursuant to Local Rule 7-3, Dreamroom's counsel met and conferred with FC2's counsel regarding the substance of this Motion. The parties were unable to agree on the issue in dispute. Therefore, this Motion follows.

Dated: April 11, 2014  Yacoubian & Powell LLP

_____
Talin V. Yacoubian
Attorneys for Plaintiff
DREAMROOM PRODUCTIONS, INC.

3

**PLAINTIFF DREAMROOM PRODUCTIONS, INC. NOTICE OF MOTION TO MODIFY AMENDED SCHEDULING ORDER AND FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT (NO. 1)**