| | |
|---|---|
| Talin V. Yacoubian (State Bar No. 169439) | Michael S. Elkin (admitted *pro hac vice*) |
| Stewart J. Powell (State Bar No. 175226) | WINSTON & STRAWN LLP |
| YACOUBIAN & POWELL LLP | 200 Park Avenue |
| 725 South Figueroa St. Suite 3800 | New York, New York 10166 |
| Los Angeles, California 90017 | Tel:  (212) 294-6700 |
| Telephone: (213) 955-7145 | Fax:  (212) 294-4700 |
| Facsimile:  (213) 955-7146 | |
| | Jennifer A. Golinveaux (SBN: 203056) |
| Attorneys for Plaintiff | Diana L. Hughes (SBN: 267606) |
| Dreamroom Productions, Inc. | WINSTON & STRAWN LLP |
| | 101 California Street |
| | San Francisco, CA 94111-5802 |
| | Tel:  (415) 591-1000 |
| | Fax:  (415) 591-1400 |
| | |
| | Erin R. Ranahan (SBN: 235286) |
| | WINSTON & STRAWN LLP |
| | 333 S. Grand Avenue |
| | Los Angeles CA 90071-1543 |
| | Tel:  (213) 615-1700 |
| | Fax:  (213) 615-1750 |
| | |
| | Attorneys for Defendant |
| | FC2, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DREAMROOM PRODUCTIONS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>FC2 INC., a Nevada Corporation, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV-13-01834re-JFW (JEMx)<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**Pre-Trial Conference: May 9, 2014**<br><br>**Jury Trial: May 20, 2014** |

1

**JOINT STATEMENT OF THE CASE**

Pursuant to ¶ 6 (h) of this Court's Amended Scheduling and Case Management Order, Plaintiff Dreamroom Productions, Inc. ("Plaintiff") and Defendant FC2, Inc. ("Defendant") submit the following Joint Statement of the Case to be read to the jury prior to the commencement of voir dire:

## STATEMENT OF THE CASE

In this case Plaintiff, Dreamroom Productions, Inc. claims that Defendant, FC2, Inc., should be held liable for alleged copyright infringement.

Dreamroom produces adult content videos. FC2 operates a website at fc2.com and provides a service, FC2 Video, which allows users to upload and share video content. Dreamroom claims that its copyrighted videos were uploaded to FC2 Video, and that FC2 should be held liable for it.

FC2 denies that it should be held liable for the infringement of its users.

If you find FC2 to be liable for copyright infringement you will be asked to determine an appropriate level of damages.

Dated: May 9, 2014                    Yacoubian & Powell LLP

_____
Talin V. Yacoubian
Attorneys for Plaintiff
DREAMROOM PRODUCTIONS, INC.

Dated: May 9, 2014                    WINSTON & STRAWN LLP

By: /s/ Jennifer A. Golinveaux

Michael S. Elkin (admitted *pro hac vice*)
   WINSTON & STRAWN LLP
   200 Park Avenue
   New York, New York 10166

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jennifer A. Golinveaux (SBN: 203056)
Diana L. Hughes (SBN: 267606)
 WINSTON & STRAWN LLP
 101 California Street
 San Francisco, CA 94111-5802

Erin R. Ranahan (SBN: 235286)
 WINSTON & STRAWN LLP
 333 S. Grand Avenue
 Los Angeles, CA 90071-1543

Attorneys for Defendant
FC2 INC.

**JOINT STATEMENT OF THE CASE**