UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 13-1834-JFW (JEMx)**                                                                Dated: **May 9, 2014**

Title:      Dreamroom Productions, Inc.  -*v*- FC2 Inc., et al.

---

PRESENT:

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Miranda Algorri |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

Talin V. Yacoubian                                              Michael S. Elkin
Stewart J. Powell                                               Jennifer A. Golinveaux
                                                                Erin R. Ranahan

**PROCEEDINGS:**   PRETRIAL CONFERENCE

COURT ADVANCES HEARING ON FC2'S MOTION TO ENFORCE THE SETTLEMENT [fld 4/14/14, doc 49] and PLAINTIFF DREAMROOM PRODUCTIONS, INC.'S MOTION TO MODIFY AMENDED SCHEDULING ORDER AND FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT [fld 4/14/14, doc 50]

Case called, and counsel make their appearance.

Pretrial Conference is held.  Plaintiff withdraws its claim for inducement of copyright infringement (Claim 4).

Court and counsel discuss various pretrial and trial issues.

For the reasons stated on the record, Defendant withdraws Motion in Limine No. 5

The Court advances the hearing on FC2'S Motion to Enforce the Settlement and Plaintiff Dreamroom Productions, Inc.'s Motion to Modify Amended Scheduling Order and For Leave to File Supplemental Complaint.

Initials of Deputy Clerk  _sr_
2/05

1. The Court denies FC2'S Motion to Enforce the Settlement for the reasons stated on the record.

2. The Court denies Plaintiff Dreamroom Productions, Inc.'s Motion to Modify Amended Scheduling Order and for Leave to File Supplemental Complaint and will issue a written ruling.

The hearing on Motions *in Limine* remains set on **May 16, 2014 at 10:00 a.m.**

The Jury Trial remains set for **May 20, 2014**, **at 8:30 am.**

Initials of Deputy Clerk __sr__
2/05