UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-1834-JFW (JEMx)**                                                      Dated: **May 16, 2014**

Title:   Dreamroom Productions, Inc.  -v- FC2 Inc., et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| Stewart J. Powell | Michael S. Elkin |
| Talin V. Yacoubian | Jennifer A. Golinveaux |

**PROCEEDINGS:**     **SETTLEMENT HEARING**

The case is called, and appearances are made on the record.  Eita Asama appears on behalf of Plaintiff. Ryo Takahashi, with the assistance of a Japanese interpreter, appears on behalf of Defendant.

There is a full and complete settlement of the case.  The terms and conditions of the settlement are placed on the record.

The Jury Trial scheduled for May 20, 2014 is hereby vacated.  Motions *in Limine* No. 3 is denied as moot in light of the settlement.

.

Initials of Deputy Clerk   sr

0/20